UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY HORNER,

    Plaintiff,                      Case No. 2:17-cv-10029

v.                                   HONORABLE STEPHEN J. MURPHY, III

ORIONS MANAGEMENT GROUP, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This Court was notified on May 2, 2017, that the parties in the above captioned case had reached a settlement agreement but would not be able to conclude the agreement and file the necessary paperwork until July. Accordingly,

**IT IS HEREBY ORDERED** that this case is dismissed without prejudice.

**IT IS FURTHER ORDERED** that the parties submit to the Court an order dismissing the case with prejudice based on the settlement agreement no later than July 21, 2017. Either party may move to reopen this case to enforce the settlement reached on May 2, 2017 prior to the July 21, 2017 deadline.

**SO ORDERED**.

                                       s/Stephen J. Murphy, III
                                       STEPHEN J. MURPHY, III
                                       United States District Judge

Dated: May 18, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 18, 2017, by electronic and/or ordinary mail.

                                       s/David P. Parker
                                       Case Manager